**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**BARNOW AND ASSOCIATES, P.C.**
Ben Barnow*
Anthony L. Parkhill *
205 West Randolph Street, Ste 1630
Chicago, IL 60606
Tel: (312)621.2000

*pro hac vice forthcoming

*Attorneys for McNicholas Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 2:23-cv-01447<br><br>**NOTICE OF RELATED CASES** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with Local Rule 42-1(a), Plaintiffs Thomas and Laura McNicholas (the "McNicholas Plaintiffs") file the instant Notice of Related Cases. The following cases call for a determination of the same or substantially identical questions of law and fact and, therefore, are likely to entail substantial duplication of labor for the judges assigned each respective case.

The cases include:

1. *Thomas McNicholas, et. al. v. Caesars Entertainment, Inc.*, No. 3:23-cv-00470. The McNicholas case is a putative class action that revolves around a data breach that Defendant Caesars Entertainment, Inc. ("Ceasars") disclosed on or about September 7, 2023, that affected the sensitive information of its customers (the "Data Breach"). The McNicholas Plaintiffs bring claims against Caesars for negligence, negligence per se, breach of implied contract, unjust enrichment, and violation of the Illinois Consumer Fraud Act. A copy of the *McNicholas* Complaint is attached as Exhibit 1.

2. *Rodriguez v. Caesars Entertainment, Inc.*, No. 2:23-cv-01447. Plaintiff Miguel Rodriguez's complaint also is a putative class action relating to the Data Breach. Plaintiff Rodriguez brings claims against Caesars for negligence, negligence per se, unjust enrichment, breach of implied contract, violation of the California Customer Records Act, violation of the California Unfair Competition Act, and violation of the California Consumer Legal Remedies Act. A copy of the *Rodriguez* Complaint is attached as Exhibit 2.

3. *Garcia v. Caesars Entertainment, Inc.*, No. 2:23-cv-01482. Plaintiff Paul Garcia's complaint is a putative class action against Caesars relating to the Data Breach. Plaintiff Garcia brings claims for negligence and negligence per se, breach of implied contract, and unjust enrichment. A copy of the *Garcia* Complaint is attached as Exhibit 3.

4. *Giuffre v. Caesars Entertainment, Inc.,* No. 2:23-cv-01483. Plaintiff Alexis Giuffre's complaint is a putative class action against Caesars relating to the Data Breach.

Plaintiff Giuffre brings claims for negligence and negligence per se, breach of implied contract, and unjust enrichment. A copy of the *Giuffre* Complaint is attached as Exhibit 4.

5. *Lackey v. Caesars Entertainment, Inc.*, No. 2:23-cv-01562. Plaintiff David Lackey's complaint is a putative class action against Caesars relating to the Data Breach. Plaintiff Lackey brings claims for negligence, negligent misrepresentation, breach of implied contract, unjust enrichment, violation of the Nevada Consumer Fraud Act, and violation of the Virginia Data Breach Notification Law. A copy of the *Lackey* Complaint is attached as Exhibit 5.

These cases should be related because they arise out of the same nucleus of facts and involve the same legal and factual issues. The cases bring actions against Caesars and have several overlapping claims. All plaintiffs allege that Caesars failed to adequately protect their sensitive personal information and as a result, the Data Breach occurred. Additionally, the actions were all brought as putative class actions.

Additionally, considering the identical, similar, and overlapping legal issues presented in these cases, the McNicholas Plaintiffs submit that litigating these cases separately will create a substantial duplication of labor and waste of judicial resources if heard by different judges. Moreover, inconsistent rulings may result.

Accordingly, these two actions are Related Cases for the purposes of Local Rule 42-1(a). The McNicholas Plaintiffs believe that the *Rodriguez* action, *Garcia* action, the *Guiffre Action*, and the *Lackey* action should be transferred to the Reno court, as Caesars is headquartered in Reno and such transfer creates additional efficiencies.

Dated: October 3, 2023                    THE O'MARA LAW FIRM, P.C.

/s/ David C. O'Mara, Esq.
DAVID C. O'MARA, ESQ.
311 E. Liberty St
Reno, NV 89501
775.323.1321

david@omaralaw.net

BARNOW AND ASSOCIATES, P.C.
Ben Barnow*
Anthony L. Parkhill*
205 West Randolph Street, Ste 1630
Chicago, IL 60606
Tel: 312.621.2000
b.barnow@barnowlaw.com
aparkhill@bawnowlaw.com
*pro hac vice forthcoming

*Attorneys for McNicholas Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

Dated: October 3, 2023                              /s/ Bryan Snyder
                                                    BRYAN SNYDER

**INDEX OF EXHIBITS**

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1. | *McNicholas* Complaint | 22 |
| 2. | *Rodriguez* Complaint | 49 |
| 3. | *Garcia* Complaint | 44 |
| 4. | *Giuffre* Complaint | 44 |
| 5. | *Lackey* Complaint | 43 |