UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:23-cv-01447-ART-BNW<br><br>ORDER TRANSFERRING CASES TO SINGLE DISTRICT JUDGE AND MAGISTRATE JUDGE |
| PAUL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:23-cv-01482-CDS-EJY |
| ALEXIS GIUFFRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:23-cv-01483-APG-EJY |
| DAVID LACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:23-cv-01562-APG-EJY |

|   |   |   |
|---|---|---|
| 1 | THOMAS MCNICHOLAS and LAURA MCNICHOLAS, individually, and on behalf of all others similarly situated, | Case No. 3:23-cv-00470-MMD-CSD |
| 2 | | |
| 3 | Plaintiffs | |
| 4 | v. | |
| 5 | CAESARS ENTERTAINMENT, INC., | |
| 6 | Defendant | |

Plaintiff Miguel Rodriguez, in a purported class action, brings negligence claims, an unjust enrichment claim, a breach of contract claim, and claims based on various California statutes against Defendant Caesars Entertainment, Inc. (ECF No. 1.) Each of these claims is based on injuries allegedly caused by a data breach of information stored by Defendant that affected Plaintiff and members of the purported class. (ECF No. 1.)

Each of the above-captioned cases are also purported class actions that bring similar claims based on similar injuries allegedly caused by a data breach of information stored by Defendant.

Local Rule 42-1(b) provides that "[u]nder Fed. R. Civ. P. 42(a), if actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay. The court may make a determination to consolidate actions sua sponte." Because the five related actions involve similar questions of fact and law, and their assignment to the same district and magistrate judge is likely to result in a substantial savings of judicial effort, the Court hereby transfers Case No. 2:23-cv-01482-CDS-EJY, Case No. 2:23-cv-01483-APG-EJY, Case No. 2:23-cv-01562-APG-EJY, and Case No. 3:23-cv-00470-MMD-CSD to District Judge Anne R. Traum and Magistrate Judge Brenda Weksler for all further proceedings.

IT IS HEREBY ORDERED that the Clerk of Court transfer and reassign Case No. 2:23-cv-01482-CDS-EJY, Case No. 2:23-cv-01483-APG-EJY, Case No.

2:23-cv-01562-APG-EJY, and Case No. 3:23-cv-00470-MMD-CSD to District Judge Anne R. Traum and Magistrate Judge Brenda Weksler for all further proceedings.

DATED THIS 4th day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE