Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice* to be filed)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: +1.212.906.1200
serrin.turner@lw.com

Melanie M. Blunschi (*pro hac vice* to be filed)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
melanie.blunschi@lw.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Master File No. 2:23-cv-01447-ART-BNW<br><br>(Consolidated for pre-trial proceedings with Case Nos. 2:23-cv-01482, 2:23-cv-01483, 3:23-cv-00470, and 2:23-cv-01562)<br><br>**DEFENDANT CAESARS ENTERTAINMENT, INC.'S MOTION TO CONSOLIDATE LATER-FILED CASES FOR PRE-TRIAL PROCEEDINGS** |
| Isaac Dwek, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01659-CDS-EJY |

| | |
|---|---|
| MICHAEL CARROZZELLA, FRANK ANDERSON, AND GREG LEWIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01725-RFB-VCF |
| APRIL ELVIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant | Case No. 2:23-cv-01662-APG-NJK |
| DHAMAN GILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01656-CDS-DJA |
| CRYSTAL BREWSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant | Case No. 3:23-cv-00525-ART-CSD |

| | |
|---|---|
| OLIVER MCCUSKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01799-APG-BNW |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Paragraph 4 of the Court's October 26, 2023 Order Consolidating Cases (ECF No. 21), Defendant Caesars Entertainment, Inc. ("Caesars") through its counsel, files this [Unopposed] motion to consolidate certain later-filed actions into this Consolidated Action. In support of the Motion, Caesars states as follows:

**WHEREAS**, between September 15, 2023 and September 29, 2023, five putative class actions were filed in this District against Caesars relating to an IT security incident reported by Caesars on or around September 14, 2023 (the "Earlier-Filed Actions");

**WHEREAS**, on October 5, 2023, plaintiffs in the Earlier-Filed Actions filed an unopposed motion to consolidate the Earlier-Filed Actions, which this Court granted on October 26, 2023, under the case caption *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 21) ("Consolidated Action");

**WHEREAS**, after the filing of the motion to consolidate the Earlier-Filed Actions, the following additional actions were filed against Caesars and are now pending in this District (the "Later-Filed Actions"):

1. *Dwek v. Caesars Entertainment, Inc*, No. 2:23-cv-01659-CDS-EJY (removed October 12, 2023);
2. *Gill v. Caesars Entertainment, Inc.,* No. 3:23-cv-16566-CDS-DJA (filed October 12, 2023);
3. *Elvidge v. Caesars Entertainment, Inc*., No. 3:23-cv-01662-APG-NJK (filed October 13, 2023);
4. *Carrozzella v. Caesars Entertainment, Inc.,* No. 2:23-cv-01725-RFB-VCF (filed October 24, 2023);

3

5. *Brewster v. Caesars Entertainment, Inc.*, No. 3:23-cv-00525-ART-CSD (filed October 26, 2023); and

6. *McCusker v. Caesars Entertainment, Inc.*, No. 2:23-cv-01799-APG-BNW (filed November 3, 2023).

**WHEREAS**, the Later-Filed Actions arise from the same subject matter as the Earlier-Filed Actions, allege substantially similar facts and claims, and have proposed class definitions that will encompass the same persons;

**WHEREAS**, all parties in the Consolidated Action and in the Later-Filed Actions do not at this time oppose procedural consolidation of all cases into the Consolidated Action for pre-trial proceedings under Fed. R. Civ. P. 42(a);

**WHEREAS**, the parties anticipate that additional actions may be filed in or transferred to this District, and believe that a streamlined procedure to have any such cases consolidated into the Consolidated Action would promote efficiency, judicial economy, and conserve resources;

**WHEREAS**, Caesars takes no position on any forthcoming leadership motion, while expressly otherwise reserving all of its rights, remedies, defenses, objections, and legal arguments;

**WHEREAS**, in an effort to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, Caesars, without opposition, moves this Court for entry of an order consolidating the Later-Filed Actions into the Consolidated Action, and all actions that may subsequently be filed in or transferred to this District arising from the same subject matter, for pre-trial proceedings;

NOW, THEREFORE, Caesars submits the following to the Court for approval:[1]

1. The following actions are hereby consolidated for all pre-trial proceedings into the Consolidated Action, captioned *In re Data Breach Security Litigation Against Caesars Entertainment*, *Inc.* No. 2:23-cv-01447-ART-BNW.

///

///

---

[1] *See* Proposed Order attached hereto as **Exhibit 1**.

4

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Gill v. . Caesars Entertainment, Inc.* | 2:23-cv-01656 | October 12, 2023 |
| *Dwek v. Caesars Entertainment, Inc.* | 2:23-cv-01659 | October 12, 2023 |
| *Elvidge v. Caesars Entertainment, Inc.* | 2:23-cv-01662 | October 13, 2023 |
| *Carrozzella v. Caesars Entertainment, Inc.* | 2:23-cv-01725 | October 23, 2023 |
| *Brewster v. Caesars Entertainment, Inc.* | 3:23-cv-00525 | October 26, 2023 |
| *McCusker v. Caesars Entertainment, Inc.* | 3:23-cv-01799 | November 3, 2023 |

2. If a case arising out of the same subject matter as the Consolidated Action is or has been subsequently filed in this District or transferred from another District, it will be consolidated into this action and administratively closed, without further order of the Court. A party in such action wishing to object to consolidation must file an application for relief from this order within ten (10) days after the date on which the party's counsel receives a copy of this order.

Dated: November 3, 2023.                    Respectfully submitted,

By:    /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice* to be filed)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: +1.212.906.1200
serrin.turner@lw.com

Melanie M. Blunschi (*pro hac vice* to be filed)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
melanie.blunschi@lw.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

5

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of McDonald Carano LLP and I caused a true and correct copy of the foregoing document to be served via email on the parties to the Later-Filed Actions as follows:

Case No. 2:23-cv-1656-CDS-DJA

Nathan R. Ring (nring@stranchlaw.com)
Stranch, Jennings & Garvey PLLC

F. Peter Silva, II (psilva@tzlegal.com)
Sabita J. Soneji (ssoneji@tzlegal.com)
Tycko and Zavareei LLP

*Attorneys for Plaintiff Gill*


Case No. 3:23-cv-01662-APG-NJK

George Haines (ghaines@freedonlegalteam.com)
Gerardo Avalos (gavalos@freedomlegalteam.com)
Freedom Law Firm

*Attorneys for Plaintiff Elvidge*


Case No. 2:23-cv-01725-RFP-VCF

Sean K. Claggett (sclaggett@claggettlaw.com)
Micah S. Echols (micah@claggettlaw.com)
Charles L. Finlayson (charlie@claggettlaw.com)
Claggett & Sykes Law Firm

David M. Berger (dmb@classlawgroup.com)
Jeffrey B. Kosbie (jbk@classlawgroup.com)
Julia L. Gonzalez (jlg@classlawgroup.com)
Gibbs Law Group LLP

*Attorneys for Plaintiffs*

Case No. 2:23-cv-01659-CDS-EJY

Michael Kind (mk@kindlaw.com)
Kind Law

*Attorneys for Plaintiff Dwek*


Case No. 3:23-cv-00525-ART-CSD

David C. O'Mara (david@omaralaw.net)
The O'Mara Law Firm, P.C.

Todd S. Garber (tgarber@fbfglaw.com)
Andrew C. White (awhite@fbfglaw.com)

*Attorneys for Plaintiff Brewster*


Case No. 2:23-cv-01799-APG-BNW

Mark J. Bourassa (mbourassa@blgwins.com)
Jennifer A. Fornetti (jfornetti@blgwins.com)
Valerie S. Gray (vgray@blgwins.com)
The Bourassa Law Group

Gary F. Lynch (gary@lcllp.com)
Patrick D. Donathen (patrick@lcllp.com)
Lynch Carpenter LLP

*Attorneys for Plaintiff McCusker*


Dated: November 3, 2023.   /s/ Pamela Miller
                           An Employee of McDonald Carano LLP

6