UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Master File No. 2:23-cv-01447-ART-BNW  <br><br>ORDER GRANTING DEFENDANT CAESARS ENTERTAINMENT, INC.'S MOTIONS (ECF NOS. 24, 37) TO CONSOLIDATE CASES FOR PRE-TRIAL PROCEEDINGS |
| ISAAC DWEK, *individually and on behalf of all others similarly situated,*<br>     Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>     Defendant. | Case No. 2:23-cv-01659-ART-BNW |
| MICHAEL CARROZZELLA, *et al.,* *individually and on behalf of all others similarly situated,*<br>     Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>     Defendant. | Case No. 2:23-cv-01725-RFB-VCF |
| APRIL ELVIDGE, *individually and on behalf of all others similarly situated,*<br>     Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>     Defendant. | Case No. 2:23-cv-01662-ART-BNW |

| | |
|---|---|
| DHAMAN GILL, *individually and on behalf of all others similarly situated*,<br>　　　　　　Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>　　　　　　Defendant. | Case No. 2:23-cv-01656-ART-BNW |
| CRYSTAL BREWSTER, *individually and on behalf of all others similarly situated*,<br>　　　　　　Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>　　　　　　Defendant. | Case No. 3:23-cv-00525-ART-CSD |
| OLIVER MCCUSKER, *individually and on behalf of all others similarly situated*,<br>　　　　　　Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>　　　　　　Defendant. | Case No. 2:23-cv-01799-ART-BNW |
| TODD KATZ, *individually and on behalf of all others similarly situated*,<br>　　　　　　Plaintiff,<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>　　　　　　Defendant. | Case No. 2:23-cv-01836-GMN-NJK |

Before the Court are two motions to consolidate cases for pre-trial proceedings. (ECF Nos. 24, 37.) Caesars has filed a notice of non-opposition to both motions (ECF No. 44.) Having reviewed both motions and the complaints in all actions, and having found that the cases (1) involve some of the same issues of fact and law, (2) grow out of the same alleged data breach involving Defendant Caesars Entertainment, Inc., (3) have many of the same claims, and (4) have proposed class definitions that will encompass the same persons, this Court finds

that the cases have sufficient commonality of issues and parties to warrant consolidation under Federal Rule of Civil Procedure 42(a). The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of the consolidation will be to improve judicial economy, preserve the Parties' resources, and avoid disparate rulings in separate actions.

Accordingly, because this Court finds that the below proposed class actions (the "Related Actions") have sufficient commonality of law and fact, and granting each motion does not increase the risk of an unfair outcome, both motions to consolidate cases (ECF Nos. 24, 37) are granted. The Court further orders the following:

1. The following Related Actions are hereby consolidated for all pre-trial proceedings:

| Abbreviated Case Name | Case No. | Date Filed |
| --- | --- | --- |
| *Dwek v. Caesars Entertainment, Inc.* | 2:23-cv-01659 | 10-12-23 |
| *Carrozzella, et al. v. Caesars Entertainment, Inc.* | 2:23-cv-01725 | 10-23-23 |
| *Elvidge v. Caesars Entertainment, Inc.* | 2:23-cv-01662 | 10-13-23 |
| *Gill, et al. v. Caesars Entertainment, Inc.* | 2:23-cv-01656 | 10-12-23 |
| *Brewster v. Caesars Entertainment, Inc.* | 3:23-cv-00525 | 10-26-23 |
| *McCusker v. Caesars Entertainment, Inc.* | 2:23-cv-01799 | 11-03-23 |
| *Katz v. Caesars Entertainment, Inc.* | 2:23-cv-01836 | 11-08-23 |

2. Should a case that arises out of the same subject matter of the Consolidated Action subsequently be filed in this Court or transferred from another Court, a motion may be made to consolidate with these Related Cases. Nothing in the foregoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently filed or transferred related action;

3. All deadlines in the Related Actions are stayed, and the Clerk of Court is ordered to administratively close each action;

//
//
//

3

It is so ordered.

Dated this 15th day of December, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE