Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Melanie M. Blunschi (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melanie.blunschi@lw.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Master File No. 2:23-cv-01447-ART-BNW<br><br>(Consolidated for pre-trial proceedings with Case Nos. 2:23-cv-01482, 2:23-cv-01483, 3:23-cv-00470, and 2:23-cv-01562)<br><br>**DEFENDANT CAESARS ENTERTAINMENT, INC.'S MOTION TO CONSOLIDATE ADDITIONAL CASES FOR PRE-TRIAL PROCEEDINGS** |
| EDWARD CHERVENY, AMANDA COLFLESH, CAREY HYLTON, CYNTHIA RUBNER, and WILLIAM RUBNER,<br><br>Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01818-ART-BNW |

| | |
|---|---|
| JAMES MARTIN and PATRICE M. PERRIER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01865-GMN-NJK |
| VANESSA WILLIAMS, ROZALYNN FISHER, LAURA DAY, SARUNY BIN, AND MARLENE CALZADOPAEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01919-JAD-DJA |
| CHARLES POPP, JOHN GEDWILL, and VIRGINIA STACY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant | Case No. 3:23-cv-0063-MMD-CSD |
| NICHOLAS BALSAMO, and DORLA STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:24-cv-00043-APG-NJK |

2

| | |
|---|---|
| SAMUEL LASSOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>Defendant. | Case No. 2:24-cv-00127-GMN-EJY |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Paragraph 4 of the Court's October 26, 2023 Order Consolidating Cases (ECF No. 21), and Paragraph 2 of the Court's December 15, 2023 Order Granting Defendant Caesars Entertainment, Inc's Motions (ECF Nos. 24, 37) to Consolidate Cases for Pretrial Proceedings (ECF No. 46), Defendant Caesars Entertainment, Inc. ("Caesars") through its counsel, files this motion to consolidate certain later-filed actions into this Consolidated Action. In support of the Motion, Caesars states as follows:

**WHEREAS**, between September 15, 2023, and September 29, 2023, five putative class actions were filed in this District against Caesars relating to an IT security incident reported by Caesars on or around September 14, 2023 (the "First Batched Actions");

**WHEREAS**, on October 5, 2023, plaintiffs in the First Batched Actions filed an unopposed motion to consolidate the First Batched Actions, which this Court granted on October 26, 2023, under the case caption *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 21) ("Consolidated Action");

**WHEREAS**, on November 3, 2023, Caesars filed an unopposed motion to consolidate additional putative class actions relating to the security incident and filed in this District between September 29, 2023 and November 3, 2023 (the "Second Batched Actions"), which this Court granted on December 15, 2023, under the case caption *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 46);

**WHEREAS**, the Court's Order consolidating the Second Batched Actions stated that, "[s]hould a case that arises out of the same subject matter of the Consolidated Action subsequently

3

be filed in this Court or transferred from another Court, a motion may be made to consolidate with" the Consolidated Action (ECF No. 46 at paragraph 2);

**WHEREAS**, after the filing of the motions to consolidate the First Batched Actions and Second Batched Actions, the following additional actions were filed against Caesars and are now pending in this District ("Third Batched Actions"):

1. *Cherveny v. Caesars Entertainment, Inc*, No. 2:23-cv-01818-ART-BNW (filed November 6, 2023, and transferred on November 30, 2023 (ECF 13));

2. *Martin v. Caesars Entertainment, Inc.,* No. 2:23-cv-01865-GMN-NJK (filed November 13, 2023);

3. *Williams v. Caesars Entertainment, Inc*., No. 2:23-cv-01919-JAD-DJA (filed November 20, 2023);

4. *Popp v. Caesars Entertainment, Inc.,* No. 3:23-cv-0063-MMD-CSD (filed December 9, 2023);

5. *Balsamo v. Caesars Entertainment, Inc*., No. 2:24-cv-00043-APG-NJK (filed October 13, 2023, Transferred from the Central District of California on January 5, 2024); and

6. *Lassoff v. Caesars Entertainment, Inc.*, No. 2:24-cv-00127-GMN-EJY (filed October 9, 2023, Transferred from the District of New Jersey on January 18, 2024).

**WHEREAS**, the Third Batched Actions arise from the same subject matter as the already consolidated First Batched Actions and Second Batched Actions, allege substantially similar facts and claims, and have proposed class definitions that will encompass the same persons;

**WHEREAS**, no party currently in the Consolidated Action has opposed procedural consolidation of all cases into the Consolidated Action for pre-trial proceedings under Fed. R. Civ. P. 42(a);

**WHEREAS**, Caesars takes no position on any forthcoming or pending leadership motion, while expressly otherwise reserving all of its rights, remedies, defenses, objections, and legal arguments;

**WHEREAS**, in an effort to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, Caesars, without opposition, moves this Court for entry of an order consolidating the Third Batched Actions into the Consolidated Action;

1. NOW, THEREFORE, Caesars requests that the Court consolidate the following actions for all pre-trial proceedings into the Consolidated Action, captioned *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.* No. 2:23-cv-01447-ART-BNW[1]:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Cherveny v. Caesars Entertainment, Inc.* | 2:23-cv-01818 | November 6, 2023 |
| *Martin v. Caesars Entertainment, Inc.* | 2:23-cv-01865 | November 13, 2023 |
| *Williams v. Caesars Entertainment, Inc.* | 2:23-cv-01919 | November 20, 2023 |
| *Popp v. Caesars Entertainment, Inc.* | 3:23-cv-0063 | December 9, 2023 |
| *Balsamo v. Caesars Entertainment, Inc.* | 2:24-cv-00043 | October 13, 2023 |
| *Lassoff v. Caesars Entertainment, Inc.* | 2:24-cv-00127 | October 9, 2023 |

Dated: January 23, 2024.

Respectfully submitted,

By: /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: +1.212.906.1200
serrin.turner@lw.com

Melanie M. Blunschi (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
melanie.blunschi@lw.com

*Attorneys for Defendant,*
*Caesars Entertainment, Inc.*

---

[1] *See* Proposed Order attached hereto as **Exhibit 1**.

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Proposed Order Granting Defendant Caesars Entertainment, Inc.'s Motion to Consolidate Additional Cases for Pre-Trial Proceedings | 4 |