

**Judgments, Minute Orders/Orders & Writs**

2:23-cv-01447-ART-BNW
Rodriguez v. Caesars Entertainment, Inc.

CONSOL

**United States District Court**

**District of Nevada**

FILED JUL 03 2024 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: DEPUTY

## Notice of Electronic Filing

The following transaction was entered on 6/12/2024 at 1:14 PM PDT and filed on 6/12/2024
**Case Name:** Rodriguez v. Caesars Entertainment, Inc.
**Case Number:** 2:23-cv-01447-ART-BNW
**Filer:**
**Document Number:** 79

**Docket Text:**
ORDER. IT IS THEREFORE ORDERED that the First Cohort's [34] Motion for Appointment of Interim Class Counsel is GRANTED.

IT IS FURTHER ORDERED that John A. Yanchunis, Douglas J. McNamara, and Amy E. Keller are appointed as co-lead interim class counsel.

IT IS FURTHER ORDERED that Jeff Ostrow is appointed as chair of the Plaintiffs' Steering Committee.

IT IS FURTHER ORDERED that James Pizzirusso, Gerard Stranch, Gary M. Klinger, Sabita J. Soneji, and Linda Nussbaum are appointed to the Plaintiffs Steering Committee.

IT IS FURTHER ORDERED that Don Springmeyer is appointed as interim liaison counsel. IT IS FURTHER ORDERED that the competing motions (ECF Nos. [35] and [36]) are DENIED.

IT IS FURTHER ORDERED that Plaintiffs shall file a superseding consolidated amended complaint no later than 45 days from the date of this Order.

IT IS FURTHER ORDERED that the parties shall file a Discovery Plan and Scheduling Order no later than 14 days from the filing of the consolidated amended complaint.

Signed by Magistrate Judge Brenda Weksler on 6/12/2024. (Copies have been distributed pursuant to the NEF - ALZ)

**2:23-cv-01447-ART-BNW Notice has been electronically mailed to:**

Don Springmeyer    d.springmeyer@kempjones.com, c.mixson@kempjones.com, p.mcafee@kempjones.com

Jennifer A. Fornetti    jfornetti@blgwins.com, kvandermiller@blgwins.com

Michael D. Braun    mdb@kuzykclassactions.com

Mark J Bourassa    mbourassa@blgwins.com, jfornetti@blgwins.com, kvandermiller@blgwins.com,