1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:  (702) 851-2189
Email:      *mbourassa@blgwins.com*
            *jfornetti@blgwins.com*
            *vchristian@blgwins.com*

GARY F. LYNCH (*pro hac vice*)
PATRICK D. DONATHEN (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Email:      *gary@lcllp.com*
            patrick@lcllp.com

ERIN GREEN COMITE (*pro hac vice*)
JOSEPH G. CLEEMANN (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street, PO Box 192
Colchester, CT 06415

*Attorneys for Plaintiff Oliver McCusker*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| IN RE: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC.<br><br>This Filing Relates To: 2:23-cv-01799 (*McCusker*) | Master File No. 2:23-cv-01447-ART-BNW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)** |

-1-

1
2

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO</u>**
**<u>FED.R.CIV. P. 41(a)(1)(A)(i)</u>**

3

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Oliver McCusker

4

("Dismissing Plaintiff") hereby voluntarily dismisses his claims in the above captioned action against

5

Defendant(s) without prejudice. This Notice of Voluntary Dismissal is being filed with the Court before

6

service by Defendant(s) of either an answer or a motion for summary judgment. In the event of a future

7

recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim

8

as an absent class member and/or from participating in any settlement or judgement as an absent class

9

member.

10

Dated this 6th day of August, 2024.

11
12

THE BOURASSA LAW GROUP

13

By: */s/ Jennifer A. Fornetti*
MARK J. BOURASSA, ESQ. (NBN 7999)

14

JENNIFER A. FORNETTI, ESQ. (NBN 7644)

15

VALERIE S. GRAY, ESQ. (NBN 14716)
2350 W. Charleston Blvd., Suite 100

16

Las Vegas, Nevada 89102

17

GARY F. LYNCH (*pro hac vice*)

18

PATRICK D. DONATHEN (*pro hac vice*)
**LYNCH CARPENTER LLP**

19

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

20
21

ERIN GREEN COMITE (*pro hac vice*)
JOSEPH G. CLEEMANN (*pro hac vice*)

22

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

23

156 S. Main Street, PO Box 192
Colchester, CT 06415

24
25

*Attorneys for Plaintiff Oliver McCusker*

26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i) ON</u>** all parties to this action by the method(s) indicated below:

  X    by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.

DATED:  This 6th day of August, 2024.

_____*/s/ Kylie B. VanderMiller*_____
Employee of The Bourassa Law Group