Sean K. Claggett, Esq.
Nevada Bar No. 8407
Matthew S. Granda, Esq.
Nevada Bar No. 12753
Micah S. Echols, Esq.
Nevada Bar No. 8437
David P. Snyder, Esq.
Nevada Bar No. 15333
Charles L. Finlayson, Esq.
Nevada Bar No. 13685
**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Ln., Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
micah@claggettlaw.com
charlie@claggettlaw.com

David M. Berger (pro hac vice)
Jeffrey B. Kosbie (pro hac vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com
jbk@classlawgroup.com
jlg@classlawgroup.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC.** | Case No. 2:23-cv-01447-ART-BNW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS MICHAEL CARROZZELLA, FRANK ANDERSON, AND GREG LEWIS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS MICHAEL CARROZZELLA, FRANK ANDERSON, AND GREG LEWIS

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Michael Carrozzella, Frank Anderson, and Greg Lewis—named plaintiffs in Case No. 2:23-cv-01725, a case consolidated under the above captioned matter—voluntarily withdraw their claims in the above as against Defendant Caesars Entertainment, Inc., without prejudice to their participation and/or recovery in this matter as absent class members. Defendant has not yet served its answer nor a motion for summary judgment.

Dated: August 26, 2024

CLAGGETT & SYKES LAW FIRM

/s/ Micah S. Echols
_____
Micah S. Echols, Esq.
Nevada Bar No. 8437

/s/ David M. Berger
_____
GIBBS LAW GROUP LLP
David M. Berger (pro hac vice)
Jeffrey B. Kosbie (pro hac vice)
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com
jbk@classlawgroup.com
jlg@classlawgroup.com

ATTORNEYS FOR PLAINTIFFS MICHAEL CARROZZELLA, FRANK ANDERSON, and GREG LEWIS