Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Serrin Turner (*Pro Hac Vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10022
(212) 906-1200
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO STAY DISCOVERY** <br><br> **(First Request)** |

WHEREAS, on September 12, 2024, Caesars filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Motion to Dismiss");

WHEREAS, Caesars' position is that discovery should be stayed while its Motion to Dismiss is pending, on grounds that the Motion to Dismiss makes arguments that are dispositive of the entire case, and which can be resolved without the need for discovery;

WHEREAS, Plaintiffs oppose Caesars' request for a discovery stay, on grounds that a stay is not warranted and would result in unnecessary delay;

WHEREAS, in light of the Parties' positions, the Parties agreed that Caesars would file a Motion to Stay, which Plaintiffs plan to oppose;

WHEREAS, on August 27, 2024, the Court entered a schedule for the briefing of Caesars' Motion to Stay, based on an agreed proposal submitted by the Parties, under which Caesars is currently due to file the Motion to Stay by October 30, 2024;

WHEREAS, in light of the existing schedule for the Motion to Dismiss, the Parties have agreed that good cause exists to adjust the schedule for Caesars' Motion to Stay, and to extend the time for Caesars to file the Motion to Stay by two weeks, until November 13, 2024. There is good cause to grant this request, which is not made for the purposes of delay, and which continues to ensure that the Motion to Stay will be fully briefed shortly after the Motion to Dismiss.

It is therefore **STIPULATED** and **AGREED** that:

1. Caesars shall file its Motion to Stay Discovery ("Motion") on or before November 13, 2024.
2. Plaintiffs shall file any opposition to the Motion on or before December 3, 2024.
3. Caesars shall file any reply in further support of the Motion on or before December 13, 2024.

Dated: October 29, 2024.

**McDONALD CARANO LLP**

*/s/ Chelsea Latino*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

Serrin Turner (*Pro Hac Vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10022

*Attorneys for Defendant Caesars Entertainment, Inc.*

**DICELLO LEVITT LLP**

*/s/ Amy Keller*
Amy Keller (*Pro Hac Vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
akeller@dicellolevitt.com

Jeff Ostrow (*Pro Hac Vice*)
KOPELOWITZ OSTROW, P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
ostrow@kolawyers.com

John A. Yanchunis (*Pro Hac Vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@forthepeople.com

*Plaintiffs' Steering Committee Chair*

Don Springmeyer (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
d.springmeyer@kempjones.com

Douglas J. McNamara (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
100 New York Ave., 5th Floor
Washington, D.C. 20005
(202) 408-4600
dmcnamara@cohenmilstein.com

*Liaison Counsel for Plaintiff*

*Co-Lead Interim Class Counsel*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2024