IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Lead Case No. 2:23-cv-01447-ART-BNW |

## MOTION TO WITHDRAW ICEE N. ETHERIDGE

Plaintiff Monica Blair-Smith respectfully requests that the Court withdraw Icee N. Etheridge as an attorney of record for the Plaintiff in the above-captioned litigation as Ms. Etheridge is no longer with the law firm of Spector Roseman & Kodroff, P.C. Plaintiff will continue to be represented by William G. Caldes, Jeffrey L. Spector, and Diana J. Zinser of Spector Roseman & Kodroff, P.C.

DATED: February 13, 2025

Respectfully submitted,

/s/ *William G. Caldes*
William G. Caldes (*Pro Hac Vice*)
Jeffrey L. Spector (*Pro Hac Vice*)
Diana J. Zinser (*Pro Hac Vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Facsimile: (215) 496-6611
bcaldes@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

*Attorneys for Plaintiff, Monica Blair-Smith*

**IT IS SO ORDERED**

**DATED:** 9:54 pm, February 14, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2025 I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will notify all counsel of record authorized to receive such filings.

                                                                           */s/ William G. Caldes*
                                                                           William G. Caldes