UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW<br><br>ORDER |

This is a consolidated class action against Defendant Caesars Entertainment, Inc. relating to a data breach. Before the Court is Defendant's unopposed motion for leave to exceed page limits (ECF No. 89) and Plaintiff's unopposed motion for leave to exceed page limits (ECF No. 95).

Defendant requests that it be permitted to file a 40-page motion to dismiss; that Plaintiffs be permitted to file a 40-page opposition to the motion to dismiss; and that Defendant be permitted to file a 20-page reply. (ECF No. 89.) Plaintiffs likewise request leave to file a 40-page opposition to the motion to dismiss. (ECF No. 95.) Defendant argues that good cause exists due to the length and complexity of the complaint, the number of claims asserted, and the number of defenses they are bringing. (ECF No. 89.) Plaintiffs similarly argue that good cause exists due to the length and density of Defendant's motion to dismiss and the complexities of this case. (ECF No. 95.) The Court finds that good cause exists.

The Court therefore GRANTS Defendant's motion for leave to exceed page limits (ECF No. 89) and Plaintiff's motion for leave to exceed page limits (ECF No. 95).

DATED: April 9, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1