1

2

UNITED STATES DISTRICT COURT

3

DISTRICT OF NEVADA

4

| In re: DATA BREACH SECURITY | CASE NO. 2:23-cv-01447-ART-BNW |

5

LITIGATION AGAINST CAESARS
ENTERTAINMENT, INC.

6

CONSOLIDATION ORDER

7

8

9

DHAMAN GILL, *et al.*,                    CASE NO. 2:25-cv-00736-JAD-DJA

Plaintiffs,

10

11

v.

COFORGE, INC., AND COFORGE,
LTD.,

12

13

Defendants.

14

15

        Before the Court is Plaintiffs' motion to consolidate Case No. 2:23-cv-

16

01447-ART-BNW and Case No. 2:25-cv-00736-JAD-DJA. Having reviewed both

17

motions and the complaints in both actions, and having found that the cases

18

involve the same Plaintiffs and common issues of law and fact, this Court finds

19

that the cases have sufficient commonality of issues and parties to warrant

20

consolidation under Federal Rule of Civil Procedure 42(a). The Court further finds

21

that the benefits of consolidation are not outweighed by any risk of prejudice or

22

jury confusion. The effect of the consolidation will be to improve judicial economy,

23

preserve the Parties' resources, and avoid disparate rulings in separate actions.

24

        It is therefore ordered that Case No. 2:25-cv-00736-JAD-DJA is

25

consolidated into Case No. 2:23-cv-01447-ART-BNW. The Clerk of Court is

26

further directed to file a copy of this order in all the above captioned cases, close

27

Case No. 2:25-cv-00736-JAD-DJA, and otherwise appropriately note this

28

1    consolidation on the docket.

2        It is further ordered that all future filings in these consolidated cases must

3    be captioned Case No. 2:23-cv-01447-ART-BNW.

4

5        DATED: June 4, 2025

6

7

8    _____
     ANNE R. TRAUM
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28