UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE DEFENDANTS COFORGE LTD. AND COFORGE, INC.'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendants Coforge Ltd. and Coforge, Inc. ("Coforge"), through their respective unsigned counsel, hereby stipulate and agree as follows:

- 1 -

1. On August 19, 2025, Coforge filed a Motion to Dismiss (ECF No. 134) (the "Motion"). Plaintiffs' opposition is currently due on September 2, 2025. Coforge's reply in support of the Motion is currently due on September 9, 2025.

2. The Parties jointly request a short extension of these briefing deadlines due to their counsel's obligations in other matters. This is the first request made by the Parties to extend these deadlines.

3. The Parties request that Plaintiffs' deadline to file their opposition to the Motion be extended from September 2, 2025 to September 16, 2025, and Coforge's deadline to file its reply in support of its Motion be extended from September 9, 2025 to October 7, 2025.

4. These extensions will not be used as a basis to extend other deadlines or for any other relief. All other scheduling deadlines set in this matter shall remain in place.

Dated this 27th day of August, 2025.

Dated this 27th day of August, 2025.

CLAGGETT & SYKES LAW FIRM

DEBEVOISE & PLIMPTON LLP

*/s/ Michael Gayan*
Michael J. Gayan, Esq. (#11135)
Katrina Stark, Esq. (#16006)
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

John A. Yanchunis
Morgan & Morgan
Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

Douglas J. McNamara
Cohen Milstein Sellers & Toll PLLC
100 New York Ave. NS, 8th Floor
Washington, D.C. 20005

*/s/ Jacob W. Stahl*
Michael Schaper, Esq.
Erez Liebermann, Esq.
Matt Kelly, Esq.
Jacob W. Stahl, Esq.
66 Hudson Boulevard
New York, New York 10001

W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89169

| | |
|---|---|
| Amy Keller<br>DiCello Levitt LLP<br>10 North Dearborn Street, Sixth Fl.<br>Chicago, Illinois 60602 | *Counsel for Defendants Coforge, Ltd., and Coforge, Inc.* |

Jeff Ostrow
Kopelowitz Ostrow, P.A.
1 West Las Olas Blvd, 5th Floor
Ft. Lauderdale, Florida 33301

James Pizzirusso
Hausfeld LLP
888 16th Street N.W., Suite 300
Washington, D.C. 20006

Gerard Stranch
Stranch, Jennings & Garvey, PLLC
223 Rosa L Parks Ave, Suite #200
Nashville, Tennessee 37203

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 W. Monroe Street, Suite #2100
Chicago, Illinois 60606

Sabita J. Soneji
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, California 94612

Linda P. Nussbaum
Nussbaum Law Group, P.C.
1133 Avenue of the Americas, 31st Fl.
New York, New York 10036

*Counsel for Plaintiffs and Class*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: August 28, 2025