UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC.**<br>This Document Relates To: All Actions | Master File No. 2:23-cv-01447-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL AS TO PLAINTIFF JAMES MARTIN ONLY** |

/ / /

/ / /

/ / /

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  **PLEASE TAKE NOTICE THAT** Plaintiff, James Martin, and Defendant, Caesars Entertainment, Inc. ("Caesars") ("Defendant") (collectively the "Parties"), hereby stipulate and submit this joint stipulation under Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff, James Martin, hereby voluntarily dismisses his claims in the above-captioned action, without prejudice as to his ability to submit a claim as an absent class member in the event of a future recovery in this action and with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: September 17, 2025

/s/ *James J. Pizzirusso*
James Pizzirusso
**Hausfeld LLP**
888 16th Street N.W., Suite 300
Washington, D.C. 20006

Michael J. Gayan, Esq. (#11135)
Katrina Stark, Esq. (#16006)
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
John A. Yanchunis
Morgan & Morgan
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

Douglas J. McNamara
**Cohen Milstein Sellers & Toll PLLC**
100 New York Ave. NS, 8th Floor
Washington, D.C. 20005

Amy Keller
**DiCello Levitt LLP**
10 North Dearborn Street, Sixth Fl.
Chicago, Illinois 60602

**Jeff Ostrow**
Kopelowitz Ostrow, P.A.
1 West Las Olas Blvd, 5th Floor
Ft. Lauderdale, Florida 33301

Gerard Stranch
**Stranch, Jennings & Garvey, PLLC**
223 Rosa L Parks Ave, Suite #200
Nashville, Tennessee 37203

/ / /

Dated: September 17, 2025

/s/ *Serrin Turner*
Adam Hosmer-Henner
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty St., Tenth Floor
Reno, Nevada 89501

**LATHAM & WATKINS LLP**
Serrin Turner
serrin.turner@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834

Bradley M. Baglien
brad.baglien@lw.com
555 Eleventh Street NW
Washington, D.C. 20004
*Counsel for Defendant Caesars Entertainment, Inc.*

1

**Gary M. Klinger**
Milberg Coleman Bryson Phillips
Grossman, PLLC
227 W. Monroe Street, Suite #2100
Chicago, Illinois 60606

Sabita J. Soneji
**Tycko & Zavareei LLP**
1970 Broadway, Suite 1070
Oakland, California 94612

Linda P. Nussbaum
**Nussbaum Law Group, P.C.**
1133 Avenue of the Americas, 31st Fl.
New York, New York 10036
<u>Counsel for Plaintiffs and Class</u>

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: <u>September 19, 2025</u>