Michael J. Gayan, Esq. (#11135)
Katrina Stark, Esq. (#16006)
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
mike@claggettlaw.com
katrina@claggettlaw.com

John A. Yanchunis, Esq.
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. (813) 223-5505
jyanchunis@ForThePeople.com

Douglas J. McNamara, Esq.
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave. NW
8th Floor
Washington, D.C. 20005
Tel. (202) 408-4600
dmcnamara@cohenmilstein.com

Amy Keller, Esq.
DICELLO LEVITT LLP
10 North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com

*Counsel for Plaintiffs and the Class*
*(Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Master File No. 2:23-cv-01447-ART-BNW<br><br>**PLAINTIFFS' MOTION TO WITHDRAW JESSICA M. HOLMES** |

Pursuant to Local Rule IA 11-6(b), Plaintiff, David Lackey, respectfully moves the Court to withdraw Jessica M. Holmes, Esq. as counsel of record for

- 1 -

1 Plaintiff. Ms. Holmes is no longer affiliated with DiCello Levitt LLP. DiCello
2 Levitt, LLP and its co-counsel will continue to serve as attorneys for the
3 Plaintiff.

4 For these reasons, Plaintiff respectfully requests that the Court enter an
5 order withdrawing Ms. Holmes as counsel of record for Plaintiff.

6 Dated this 2nd day of October, 2025.

Respectfully submitted,

CLAGGETT & SYKES LAW FIRM

*/s/ Michael Gayan*
Michael J. Gayan, Esq. (#11135)
Katrina Stark, Esq. (# 16006)
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

John A. Yanchunis, Esq.
MORGAN & MORGAN
Complex Litigation Group
201 N. Freanklin Street, 7th Floor
Tampa, Florida 33602

Douglas J. McNamara, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
100 New York Ave. NS, 8th Floor
Washington, D.C. 20005

Amy Keller, Esq.
DICELLO LEVITT  LLP
10 North Dearborn Street, Sixth Fl.
Chicago, Illinois 60602

*Co-Lead Interim Class Counsel*

/ / /

Jeff Ostrow, Esq. (Pro Hac Vice)
KOPELOWITZ OSTROW, P.A.
1 West Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301

*Plaintiff's Steering Committee Chair*

Don Springmeyer (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Liaison Counsel for Plaintiffs

## ORDER

This Court GRANTS the above request. The Clerk's Office is kindly directed to withdraw Ms. Holmes as counsel and remove her from the electronic service list. IT IS ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 3, 2025

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 2nd day of October, 2025.

/s/ Melisa Pytlik
An Employee of CLAGGETT & SYKES LAW FIRM

- 4 -