| | |
|---|---|
| Michael J. Gayan, Esq.<br>Nevada Bar No. 11135<br>CLAGGETT & SYKES LAW FIRM<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>(702) 655-2346<br>mike@claggettlaw.com | W. West Allen, Esq.<br>Nevada Bar No. 5566<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: wwa@h2law.com<br>Email: jwf@h2law.com |
| John A. Yanchunis (*Pro Hac Vice*)<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 223-5505<br>jyanchunis@forthepeople.com | Michael Schaper, Esq. (admitted pro hac vice)<br>Erez Liebermann, Esq. (admitted pro hac vice)<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, New York 10001<br>Telephone: (212) 909-6000<br>Email: mschaper@debevoise.com<br>Email: eliebermann@debevoise.com |
| Douglas J. McNamara (*Pro Hac Vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>100 New York Ave, 5th Floor<br>Washington, D.C. 20005<br>(202) 408-4600<br>dmcnamara@cohenmilstein.com | *Attorneys for Defendants*<br>*Coforge, Ltd., and Coforge, Inc.* |
| Amy Keller (*Pro Hac Vice*)<br>DICELLO LEVITT LLP<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>akeller@dicellolevitt.com | |

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC.<br><br>This Document Relates To: All actions. | Master File No.: 2:23-cv-01447-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION** |

Plaintiffs and Defendants Coforge Inc. and Coforge Ltd. ("Coforge"), through their respective undersigned counsel, hereby stipulate as follows:

1

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION
TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES
AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS
Case No.: 2:23-cv-01447-ART-BNW

1. Coforge has served its written responses and objections to Plaintiffs' first sets of document requests and interrogatories.

2. The parties are continuing to meet and confer regarding Coforge's responses to Plaintiffs' discovery requests.

3. The Court set a deadline of October 6, 2025 for Plaintiffs to move to compel, if the meet and confer efforts were unsuccessful. ECF No. 150.

4. Given the ongoing discussions to resolve objections, Plaintiffs and Coforge agree to request that Plaintiffs be granted an extension of time until October 27, 2025, to file a motion to compel, if necessary.

**ORDER**

**IT IS SO ORDERED.**

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: October 7, 2025

DATED: October 6, 2025

Respectfully submitted,

By: */s/ Michael Gayan*
Michael J. Gayan (#11135)
Katrina Stark (#16006)
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite !00
Las Vegas, Nevada 89107

Amy Keller (Pro Hac Vice)
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

John A. Yanchunis (Pro Hac Vice)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

By: */s/ Michael Schaper*
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

/ / /

2

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS
Case No.: 2:23-cv-01447-ART-BNW

1  Douglas J. McNamara (Pro Hac Vice)
   COHEN MILSTEIN SELLERS
2  & TOLL, PLLC
   100 New York Ave, 5th Floor
3  Washington, D.C. 20005

   *Co-Lead Interim Class Counsel*
4
5  Jeff Ostrow (Pro Hac Vice)
   KOPELOWITZ OSTROW P.A.
   One West Las Olas Blvd., Suite 500
6  Fort Lauderdale, Florida 33301
   ostrow@kolawyers.com
7
   *Plaintiffs' Steering Committee Chair*
8
9  Don Springmeyer (NBN 1021)
   KEMP JONES, LLP
   3800 Howard Hughes Pkwy, 17th Floor
10 Las Vegas, Nevada 89169

11 *Liaison Counsel for Plaintiffs*

Michael Schaper, Esq. (admitted pro hac vice)
Erez Liebermann, Esq. (admitted pro hac vice)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Email: mschaper@debevoise.com
Email: eliebermann@debevoise.com

*Attorneys for Defendants
Coforge, Ltd., and Coforge, Inc*

3

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION
TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES
AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS
Case No.: 2:23-cv-01447-ART-BNW