| | |
|---|---|
| John A. Yanchunis (*Pro Hac Vice*) <br> MORGAN & MORGAN <br> COMPLEX LITIGATION GROUP <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> (813) 223-5505 <br> jyanchunis@forthepeople.com <br><br> Douglas J. McNamara (*Pro Hac Vice*) <br> COHEN MILSTEIN SELLERS <br> & TOLL, PLLC <br> 100 New York Ave, 5th Floor <br> Washington, D.C. 20005 <br> (202) 408-4600 <br> dmcnamara@cohenmilstein.com <br><br> Amy Keller (*Pro Hac Vice*) <br> DICELLO LEVITT LLP <br> Ten North Dearborn Street, Sixth Floor <br> Chicago, Illinois 60602 <br> (312) 214-7900 <br> akeller@dicellolevitt.com <br><br> *Co-Lead Interim Class Counsel* <br><br> *(Additional Counsel Listed on Signature Page)* | W. West Allen, Esq. <br> Nevada Bar No. 5566 <br> Jonathan W. Fountain, Esq. <br> Nevada Bar No. 10351 <br> HOWARD & HOWARD ATTORNEYS PLLC <br> 3800 Howard Hughes Pkwy., Suite 1000 <br> Las Vegas, NV 89169 <br> Telephone: (702) 257-1483 <br> Email: wwa@h2law.com <br> Email: jwf@h2law.com <br><br> Michael Schaper, Esq. (admitted pro hac vice) <br> Erez Liebermann, Esq. (admitted pro hac vice) <br> DEBEVOISE & PLIMPTON LLP <br> 66 Hudson Boulevard <br> New York, New York 10001 <br> Telephone: (212) 909-6000 <br> Email: mschaper@debevoise.com <br> Email: eliebermann@debevoise.com <br><br> *Attorneys for Defendants* <br> *Coforge, Ltd., and Coforge, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. <br><br> This Document Relates To: All actions. | Case No.: 2:23-cv-01447-ART-BNW <br><br> **STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE MOTION TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION** <br><br> (Second Request) |

/ / /

1    Plaintiffs and Defendants Coforge Inc. and Coforge Ltd. ("Coforge"), through their
2 respective undersigned counsel, hereby stipulate as follows:

3    1.    Coforge has served its written responses and objections to Plaintiffs' first sets of
4 document requests.

5    2.    The Court set a deadline of October 6, 2025 for Plaintiffs to move to compel, if the
6 meet and confer efforts were unsuccessful. ECF No. 150.

7    3.    The Court later granted a stipulated extension to allow the Plaintiffs and Coforge to
8 further meet and confer until October 27, 2025 to avoid Plaintiff needing to file a motion to compel.
9 ECF No. 168.

10    4.    Plaintiffs and Coforge met and conferred regarding Coforge's responses and
11 objections.

12    5.    Plaintiffs and Coforge believe they have resolved Coforge's objections to the first
13 set of document requests and are moving forward with the process to obtain Coforge's production
14 of responsive documents.

15    6.    So as to not waive the right to move to compel production of responsive documents
16 from Cogforge, Plaintiffs requests, and Coforge agrees, that Plaintiffs should not be required to file
17 a motion to compel by October 27, 2025 deadline.

18    7.    With the Court's approval, Plaintiffs reserve the right to file a motion to compel, if
19 deemed necessary, but only after further meeting and conferring with Coforge before filing such a
20 motion. Defendant reserves the right to assert any and all defenses to a future motion to compel.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   October 28, 2025


DATED: October 27, 2025

Respectfully submitted,

By: */s/ Michael Gayan*  
Michael J. Gayan (#11135)  
CLAGGETT & SYKES LAW FIRM  
4101 Meadows Lane, Suite !00  
Las Vegas, Nevada 89107  

*Liaison Counsel for Plaintiffs*

Amy Keller (Pro Hac Vice)  
DICELLO LEVITT LLP  
Ten North Dearborn Street, Sixth Floor  
Chicago, Illinois 60602  

John A. Yanchunis (Pro Hac Vice)  
MORGAN & MORGAN  
COMPLEX LITIGATION GROUP  
201 N. Franklin Street, 7th Floor  
Tampa, Florida 33602  

Douglas J. McNamara (Pro Hac Vice)  
COHEN MILSTEIN SELLERS  
& TOLL, PLLC  
100 New York Ave, 5th Floor  
Washington, D.C. 20005  

*Co-Lead Interim Class Counsel*

Jeff Ostrow (Pro Hac Vice)  
KOPELOWITZ OSTROW P.A.  
One West Las Olas Blvd., Suite 500  
Fort Lauderdale, Florida 33301  

*Plaintiffs' Steering Committee Chair*

By: */s/ Michael Schaper*  
W. West Allen, Esq.  
Nevada Bar No. 5566  
Jonathan W. Fountain, Esq.  
Nevada Bar No. 10351  
HOWARD & HOWARD ATTORNEYS PLLC  
3800 Howard Hughes Pkwy., Suite 1000  
Las Vegas, NV 89169  

Michael Schaper, Esq. (admitted pro hac vice)  
Erez Liebermann, Esq. (admitted pro hac vice)  
DEBEVOISE & PLIMPTON LLP  
66 Hudson Boulevard  
New York, New York 10001  

*Attorneys for Defendants*  
*Coforge, Ltd., and Coforge, Inc*

3

STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE MOTION TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION  
Case No.: 2:23-cv-01447-ART-BNW

## CERTIFICATE OF FILING AND PROOF OF SERVICE

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 27th day of October, 2025.

*/s/ Melisa Pytlik*
An Employee of CLAGGETT & SYKES LAW FIRM

4

STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE MOTION TO COMPEL AS TO DEFENDANTS COFORGE, INC.'S AND COFORGE LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION
Case No.: 2:23-cv-01447-ART-BNW