# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re: DATA BREACH SECURITY
LITIGATION AGAINST CAESARS
ENTERTAINMENT, INC.

Case No. 2:23-cv-01447-ART-BNW

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

(First Request)

Pursuant to LR IA 6-1, Plaintiffs and Defendants, Coforge, Inc. and Coforge Ltd. (collectively "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that Defendants may have an additional seven days, until and including March 5, 2026, to file a Motion to Dismiss the Plaintiffs' Second Amended Class Action Complaint (the "Second Amended Complaint") and to the briefing schedule set forth herein for the Motion to Dismiss. In support of their stipulation, the parties state the following:

1.      Plaintiffs filed the Second Amended Complaint on February 12, 2026. ECF

1

No. 194.  Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' Motion to Dismiss is due February 26, 2026.

2.    Plaintiffs and Defendants are the only parties impacted by this stipulation, so no other party will be prejudiced by this stipulation.

3.    This is the first request for an extension with respect to the Second Amended Complaint, and it is made in good faith and not for purposes of delay.

For the foregoing reasons, the parties respectfully request that the Court grant Defendants a seven-day extension, until and including March 5, 2026, to file their Motion to Dismiss the Second Amended Complaint.  Plaintiffs' opposition will be due March 19, 2026, and Defendants' reply will be due March 26, 2026.

Dated: this 20th day of February, 2026.

IT IS SO AGREED AND STIPULATED:

By: */s/ Jonathan W. Fountain*
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
Telephone : (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

-And-

Michael Schaper, Esq. (admitted pro hac vice)
Erez Liebermann, Esq. (admitted pro hac vice)
Matt Kelly, Esq. (admitted pro hac vice)
Jacob W. Stahl, Esq. (admitted pro hac vice)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Email: mschaper@debevoise.com
Email: eliebermann@debevoise.com
Email: makelly@debevoise.com
Email: jwstahl@debevoise.com

*Attorneys for Defendants*
*Coforge, Ltd., and Coforge, Inc.*

By: */s/ Douglas J. McNamara*
**Michael J. Gayan**
Claggett & Sykes Law Firm
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Tel. (702) 655-2346
mike@claggettlaw.com

John A. Yanchunis
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. (813) 223-5505
jyanchunis@ForThePeople.com

Douglas J. McNamara
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW, 8th Floor
Washington, D.C. 20005
Tel. (202) 408-4600
dmcnamara@cohenmilstein.com

Amy Keller
**DiCello Levitt LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com

2

*Interim Class Counsel*

Jeff Ostrow
**Kopelowitz Ostrow, P.A.**
*1 West Las Olas Blvd, 5th Floor*
*Ft. Lauderdale, Florida 33301*
*P: (954) 525-4100*
*ostrow@kolawyers.com*

*Plaintiff's Steering Committee Chair*

**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: February 20, 2026