Adam Hosmer-Henner (NSBN 12779)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com

Serrin Turner (*pro hac vice* to be filed)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10022
(212) 906-1200
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW<br><br>[ECF No. 228] |
| DEBORAH GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:26-cv-01150-CDS-EJY<br><br>[ECF No. 5]<br><br>**DEFENDANT CAESARS ENTERTAINMENT, INC.'S UNOPPOSED MOTION AND ORDER TO CONSOLIDATE ADDITIONAL CASE FOR PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Paragraph 4 of the Court's October 26, 2023 Order Consolidating Cases (ECF No. 21), and Paragraph 2 of the Court's December 15, 2023 Order (ECF No. 46) and January 31, 2024 Order (ECF No. 55) consolidating additional cases for pre-trial proceedings, Defendant Caesars Entertainment, Inc. ("Caesars"), through its

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

counsel, files this motion to consolidate an additional later-filed action into the action consolidated as *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW. Counsel for Caesars has conferred with Plaintiffs' counsel, who do not oppose the relief sought herein. In support of the motion, Caesars states as follows:

**WHEREAS,** between September 15, 2023, and September 29, 2023, five putative class actions were filed in this District against Caesars relating to an IT security incident reported by Caesars on or around September 14, 2023 (the "First Batched Actions");

**WHEREAS,** on October 5, 2023, the plaintiffs in the First Batched Actions filed an unopposed motion to consolidate the First Batched Actions, which this Court granted on October 26, 2023, under the case caption *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 21) ("Consolidated Action");

**WHEREAS,** on November 3, 2023, Caesars filed an unopposed motion to consolidate additional putative class actions relating to the security incident and filed in this District between September 29, 2023 and November 3, 2023 (the "Second Batched Actions"), which this Court granted on December 15, 2023 and brought into the Consolidated Action (ECF No. 46);

**WHEREAS,** on January 24, 2024, Caesars filed an unopposed motion to consolidate additional putative class actions relating to the security incident and filed in or transferred to this District between November 13, 2023 and January 18, 2024 (the "Third Batched Actions"), which this Court granted on January 31, 2024 and brought into the Consolidated Action (ECF No. 55);

**WHEREAS,** the Court's Order consolidating the Third Batched Actions stated that, "[s]hould a case that arises out of the same subject matter of the Third Batched Actions subsequently be filed in this Court or transferred from another Court, a motion may be made to consolidate [the case] with" the Consolidated Action (ECF No. 55 at paragraph 2);

**WHEREAS,** on or about February 26, 2026, plaintiff Deborah Gordon filed *Gordon v. Caesars Entertainment, Inc.*, a putative class action relating to the 2023 security incident, in the Eighth Judicial District Court of Clark County, Nevada ("*Gordon* Action");

/ / /

/ / /

2

**WHEREAS**, on April 13, 2026, Caesars timely removed the *Gordon* Action to this District, where it is currently pending before the Honorable Judge Cristina D. Silva in *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY;

**WHEREAS,** the *Gordon* Action arises from the same subject matter as the already consolidated First Batched Actions, Second Batched Actions, and Third Batched Actions, alleges substantially similar facts and claims, and has proposed a class definition that is encompassed by the same persons as in the Consolidated Action;

**WHEREAS,** the plaintiffs in the *Gordon* Action are represented by the same counsel as the plaintiffs in the Consolidated Action;

**WHEREAS,** no party currently in the Consolidated Action has opposed procedural consolidation of all cases into the Consolidated Action for pre-trial proceedings under Fed. R. Civ. P. 42(a);

**WHEREAS,** on February 12, 2026, Plaintiffs filed a Second Consolidated Amended Class Action Complaint in the Consolidated Action, which included adding a claim against Caesars for violation of the California Consumer Privacy Act ("CCPA");

**WHEREAS**, Caesars filed a motion to dismiss Plaintiffs' CCPA claim in the Consolidated Action on April 17, 2026 (*see In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 226));

**WHEREAS,** the plaintiffs in the *Gordon* Action allege a virtually identical claim against Caesars under the CCPA, the sufficiency of which the parties agree will be determined based on the Court's anticipated ruling on Caesars' motion to dismiss the same claim in the Consolidated Action;

**WHEREAS**, in an effort to ensure consistent rulings and avoid unnecessary duplication of effort, Caesars, without opposition, moves this Court for entry of an order consolidating the *Gordon* Action with the Consolidated Action, such that the *Gordon* Action shall be subject to Caesars' motion to dismiss in the Consolidated Action;

NOW, THEREFORE, Caesars submits the following to the Court for approval:

1. The action captioned *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY is hereby consolidated for all pre-trial proceedings into the Consolidated Action, captioned

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

*In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW.

2. The action captioned *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY will be subject to the court's ruling on Caesars' forthcoming motion to dismiss filed in the Consolidated Action.

## ORDER

Before the Court is Defendant Caesars Entertainment, Inc.'s Motion to Consolidate Additional Cases for Pre-Trial Proceedings. Having reviewed the motion and the complaints in all actions, and having found that the cases (1) involve some of the same issues of law and fact, (2) arise out of the same alleged data breach involving Defendant Caesars Entertainment, Inc., (3) have many of the same claims, and (4) have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidation under Federal Rule of Civil Procedure 42(a). The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of the consolidation will be to improve judicial economy, preserve the Parties' resources, and avoid disparate rulings in separate actions.

Accordingly, because this Court finds that the *Gordon* Action, *Deborah Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY, has sufficient commonality of law and fact and granting the motion does not increase the risk of an unfair outcome, this motion to consolidate is granted. The Court further orders the following:

1. The action captioned *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY is hereby consolidated for all pre-trial proceedings into the Consolidated Action, captioned *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW;

2. The action captioned *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY will be subject to the court's ruling on Caesars' forthcoming motion to dismiss filed in the Consolidated Action.

/ / /

4

3.      All deadlines in the action captioned *Gordon v. Caesars Entertainment, Inc.*, No. 2:26-cv-01150-CDS-EJY are stayed, and the Clerk of Court is ordered to administratively close that action.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:   April 28, 2026

_____
UNITED STATES DISTRICT JUDGE
DATED   April 28, 2026

Respectfully Submitted: April 20, 2026.

**McDONALD CARANO LLP**

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com

Serrin Turner (*pro hac vice* to be filed)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10022
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

5