**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. **This Document Relates To: All Actions** | Masterfile No. 2:23-cv-01447-ART-BNW **ORDER GRANTING** **STIPULATION OF DISMISSAL AS TO PLAINTIFFS CAREY HYLTON, CHARLES POPP, VIRGINIA STACEY, DHAMAN GIL, LAURA MCNICHOLS, AND THOMAS MCNICHOLS AGAINST CAESARS ONLY** |

/ / /

/ / /

/ / /

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Carey Hylton, Charles Popp, Virginia Stacey, Dhaman Gil, Laura McNichols, and Thomas McNichols ("Plaintiffs"), and Defendant Caesars Entertainment, Inc. ("Caesars"), hereby stipulate and submit this joint stipulation under Rule of Civil Procedure 41(a)(1)(A)(ii) that above-named Plaintiffs hereby voluntarily dismiss their claims against Caesars only in the above-captioned action.

**IT IS SO ORDERED.**

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2026

/ / /