**McDONALD CARANO**
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW<br><br>CLASS ACTION<br><br>**ORDER GRANTING**<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

WHEREAS, on April 28, 2026, Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("SAC") (Dkt. 231);

WHEREAS, Defendant Caesars Entertainment, Inc. ("Caesars") filed its motion to dismiss certain claims from the SAC on April 17, 2026 (Dkt. 226);

WHEREAS, Plaintiffs filed their opposition to Caesars' motion to dismiss on May 18, 2026 (Dkt. 235);

WHEREAS, Pursuant to the Court's Order (Dkt. 210), Caesars' deadline to file its reply in support of its motion to dismiss is currently set for June 1, 2026;

WHEREAS, the Parties have conferred and agreed that good cause exists to extend Caesars' deadline to file its reply in support of its motion to dismiss by four days, from June 1, 2026 to June 5,

2026. There is good cause to grant this request, which is not made for the purposes of delay, and which will ensure that the motion to dismiss will be fully and adequately briefed.

It is therefore **STIPULATED** and **AGREED** that:

1.    Caesars' reply in support of its motion to dismiss will be due June 5, 2026.

Dated: May 28, 2026

**McDONALD CARANO LLP**

/s/Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Serrin Turner (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10022
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

/s/ Douglas J. McNamara
Douglas J. McNamara (*Pro Hac Vice*)
100 New York Ave., 5th Floor
Washington, D.C. 20005
dmcnamara@cohenmilstein.com

Amy Keller (*Pro Hac Vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
akeller@dicellolevitt.com

John A. Yanchunis (*Pro Hac Vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

*Co-Lead Interim Class Counsel*

Jeff Ostrow (*Pro Hac Vice*)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
ostrow@kolawyers.com

*Plaintiffs' Steering Committee Chair*

Don Springmeyer (NSBN 1021)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
d.springmeyer@kempjones.com

*Liaison Counsel for Plaintiff*

**ORDER**

Based on the parties agreement, and good cause appearing the parties' Stipulation Regarding Extension of time (ECF No. 237) is grandted *nunc pro tunc*.

It is furhter ordered that the deadline for Caesars to file its reply in support of its motion to dismiss is extended to June 5, 2026.

Dated: June 22, 2026

_____
Anne R. Traum, U.S. District Judge

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

2